GONSALVES & COMPANY, LIMITED, PLAINTIFF, *v.* JACOB WATSON, DEFENDANT, HAWAIIAN ELECTRIC COMPANY, LIMITED, GARNISHEE.

APPEAL FROM DISTRICT COURT, HONOLULU.

SUBMITTED NOVEMBER 9, 1904.  DECIDED NOVEMBER 14, 1904.

FREAR, C.J., HARTWELL AND HATCH, JJ.

PRACTICE—*evidence*—*plea of general denial in an action by a corporation.*
> In an action before a district magistrate by a corporation evidence that the plaintiff was indebted in the sum claimed to "Gonsalves & Company, Ltd.," is evidence that the plaintiff firm is incorporated; but in a plea of general denial in such an action it is unnecessary to prove the corporate capacity of the plaintiff.

### OPINION OF THE COURT BY HARTWELL, J.

The defendant pleaded a general denial in the action by the plaintiff corporation for the price of goods sold and delivered. He offered no evidence but moved "to dismiss the case on the ground that there is no proof that the firm of Gonsalves & Company, Ltd., is a corporation."

The magistrate gave judgment for the plaintiff for $46.00 and costs. The defendant appealed on the point of law covered by his motion. He relies on the general rule of law that the evidence must prove the allegations alleged in the complaint. The plaintiff claims that while the plea of the general denial made proof of its corporate capacity unnecessary, the capacity was sufficiently proved by the evidence given by a witness that the defendant was "indebted to the firm of Gonsalves & Company, Ltd., in the sum of forty-six dollars."

The use of the word "limited" naturally imports a corporation, and renders further proof unnecessary. A plea of general denial, however, has generally been regarded as equivalent to a plea of the general issue, which "admits the competency of the plaintiff to sue as such." *Pullman v. Upton,* 96 U. S. 328.

This court has decided that in a complaint before a district magistrate in an action by a corporation it is unnecessary to allege that the plaintiff is a corporation. *Hawaii Mill Co. v. Andrade,* 14 Haw. 500.

The appeal is dismissed.

*H. G. Middleditch* for plaintiff.

*W. C. Achi* for defendant.